Case Number: 2:23-CV-01545PP

United States District Court
Eastern District of Wisconsin

Chambers of Pamela Pepper
Chief United States District Judge.

I am wondering why I have not received any documents, scheduling dates, or acknowledgement of my initial filing fee? Is there any reason as to why things are delayed? Is there a problem? I have not received anything in months. Please get back to me.

Thank you

Sincerely

Sean Schultz

#516779